IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY S.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No.: 3:23-cv-61

District Judge Michael J. Newman
Magistrate Judge Elizabeth Preston Deavers

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 17); (2) OVERRULING PLAINTIFF'S OBJECTIONS (Doc. No. 18); (3) AFFIRMING THE COMMISSIONER'S NON-DISABILITY FINDING; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

    This Social Security appeal is before the Court on the Report and Recommendation issued by United States Magistrate Judge Elizabeth Preston Deavers (Doc. No. 17), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Judge Deavers recommended that the Administrative Law Judge's ("ALJ's") non-disability finding be affirmed.  Plaintiff objects to the Report and Recommendation (Doc. No. 18), and the Commissioner has not responded.

    Upon careful *de novo* consideration of the foregoing, the Court determines that the Report and Recommendation sets forth the applicable law and is well reasoned.  Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED**; (2) Plaintiff's objections are **OVERRULED**; (3) the ALJ's non-disability finding is **AFFIRMED**; and (4) this case is

**TERMINATED** on the docket. The Clerk of Court is **ORDERED** to enter judgment in the Commissioner's favor pursuant to Fed. R. Civ. P. 58.

    **IT IS SO ORDERED.**

<u>March 27, 2024</u>                                                     <u>s/*Michael J. Newman*       </u>
                                                                                       Hon. Michael J. Newman
                                                                                       United States District Judge